UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORNA R. PEARCE,<br><br>                    Plaintiff,<br><br>     v.<br><br>COULEE CITY, et al.,<br><br>                    Defendants. | NO:  11-CV-0030-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN CLAIMS |

BEFORE THE COURT are the parties' Stipulated Motion for Order of Voluntary Dismissal With Prejudice of Certain Claims (ECF No. 46) and Defendants' Motion to Expedite (ECF No. 44).  Pursuant to the parties' stipulation, the Court will dismiss the following claims with prejudice: (1) breach of contract; (2) breach of promises of specific treatment in specific circumstances; and (3) negligent infliction of emotional distress.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

ORDER GRANTING MOTION TO DISMISS CERTAIN CLAIMS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendants' Motion to Expedite (ECF No. 44) is **GRANTED**.

2. The parties' Stipulated Motion for Order of Voluntary Dismissal With Prejudice of Certain Claims (ECF No. 46) is **GRANTED**. Plaintiff's claims for (1) breach of contract; (2) breach of promises of specific treatment in specific circumstances; and (3) negligent infliction of emotional distress are hereby **DISMISSED** with prejudice.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 20th day of September, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO DISMISS CERTAIN CLAIMS ~ 2