UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORNA R. PEARCE,<br><br>                    Plaintiff,<br><br>     v.<br><br>COULEE CITY, et al.,<br><br>                    Defendants. | NO:  11-CV-0030-TOR<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is Defendant Richard Heiberg's Motion for Protective Order (ECF No. 77).  This matter was heard with oral argument on October 1, 2012.  Plaintiff was represented by William Gilbert.  Defendant Coulee City was represented by David Force.  Defendants Richard Heiberg and Jane Doe Heiberg were represented by Jeffrey Galloway.  This Order will memorialize the Court's oral ruling.

Plaintiff has subpoenaed the Boeing Company for a copy of Defendant Richard Heiberg's employment.  Defendant has objected to the subpoena on the ground that his employment with Boeing from 1965 to 2002 has no bearing on this

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 1

1  lawsuit.  The Court agrees.  On the present record, Plaintiff's request does not

2  appear to be reasonably calculated to lead to the discovery of admissible evidence.

3  Defendant's motion for a protective order is therefore granted.

4  **ACCORDINGLY, IT IS HEREBY ORDERED:**

5     Defendants' Motion for Protective Order (ECF No. 77) is **GRANTED**.  The

6  Boeing Company shall not respond to the subpoena issued to it by Plaintiff on

7  September 19, 2012.

8     The District Court Executive is hereby directed to enter this Order and

9  provide copies to counsel.

10    **DATED** this 2nd day of October, 2012.

11              *s/ Thomas O. Rice*

12              THOMAS O. RICE
                United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 2