1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF WASHINGTON

7    LORNA R. PEARCE,
                                              NO:  11-CV-0030-TOR
8                            Plaintiff,
                                              ORDER GRANTING STIPULATED
9          v.                                 MOTION FOR PROTECTIVE ORDER

10   COULEE CITY, et al.,

11                           Defendants.

12

13       BEFORE THE COURT is the parties' Stipulated Motion for Protective

14   Order (ECF No. 102).  Having reviewed the proposed protective order, the Court

15   will grant the motion.

16   **ACCORDINGLY, IT IS HEREBY ORDERED:**

17       The parties' Stipulated Motion for Protective Order (ECF No. 102) is

18   **GRANTED**.  The parties shall comply with, and be governed by, the terms of the

19   stipulation as set forth herein:

20

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1

**Recitals.**  In order to facilitate discovery, the parties enter into this stipulation.  All documents or tangible things produced by the parties in response to any request for production shall be subject to the terms of this stipulation.  The parties intend for the court to adopt this stipulation for protective order.

**Definitions.**  "Confidential" means information designated as confidential as provided herein.

**Designation of confidentiality.**  The parties in this case may designate documents and tangible things as "confidential" only after a good faith determination that disclosure should be limited based upon privacy interests or recognized privilege.  The designation shall be accomplished by marking each such document or tangible thing with the word "confidential."  The designating party shall have seven (7) calendar days following receipt of documents produced in response to designate them as confidential.  All parties shall treat the documents as confidential prior to expiration of the seven (7) day period.  The parties understand and agree that the designation of any documents or tangible things as "confidential" does not create a legally protected privilege or confidentiality/privacy interest where none existed at law independent of this stipulation.

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 2

**Types of confidential information.**  Plaintiff anticipates designating the

following information as confidential:  (a) personal financial information; and (b)

confidential personal writings.

**Challenges.**  The parties my challenge the designation of confidentiality at

any time by written notice to counsel for the designating party.  The designating

party shall then move the court for a protective order within a reasonable time after

receipt of such notice.  This stipulation shall not alter the burden of proof in

obtaining the protective order nor shall this stipulation alter the substantive law

regarding the types of information that is protected by privileges and/or

confidentiality/privacy interests.  The parties shall continue to treat the designated

documents as confidential until the court rules on the protective order.

**Parties bound.**  The parties shall limit disclosure of confidential documents

to:  (a) the parties themselves; (b) their respective counsel and law firm staff; and

(c) consulting or testifying expert witnesses.  Confidential documents shall not be

disclosed to third parties.  All persons receiving disclosure of confidential

documents shall be shown a copy of this protective order or shall be advised of the

terms of this protective order.

**Use.**  Use of confidential documents shall be limited to this lawsuit.

**Reservations.**  The parties specifically reserve the following questions:  (a)

Plaintiff's implied waiver of privileges, if any, and the scope of such waiver; (b)

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 3

1    the authenticity or admissibility of any evidence; and (c) third-party privacy

2    interests or privileges. The parties also reserve the right to seek further protective

3    orders or modifications of this protective order, as appropriate.

4          **Clawback.**  Accordingly, the parties, by and through their respective

5    attorneys, stipulate and agree to a "Clawback" provision to expedite and facilitate

6    the production of electronic and hard copy data, information and documents, and to

7    protect against inadvertent disclosure of attorney-client privileged communications

8    or work product materials.

9          The parties further stipulate that the inadvertent disclosure or production of

10   any information or document that is subject to an objection on the basis of

11   attorney-client privilege or work-product protection, including but not limited to

12   information or documents that may be considered Confidential information, will

13   not be deemed to waive Plaintiff's claim to its privileged or protected nature or

14   estop that party or the privilege holder from designating the information or

15   document as attorney client privileged or subject to the work product doctrine at a

16   later date.

17         Moreover, the parties agree that any party receiving such information or

18   document shall return it upon request from the producing party. Upon receiving

19   such a request as to specific information or documents, the receiving party shall

20   return the information or documents to the producing party within five (5) business

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 4

1   days, regardless of whether the receiving party agrees with  the claim or privilege

2   and/or work-product protection. Disclosure of the information or document by the

3   other party to such a later designation shall not be deemed a violation of the

4   provisions of this Order. The parties agree that this Order and Clawback Provision

5   shall be governed by the Federal Rule of Evidence 502(d) and is entered pursuant

6   to Federal Rule of Civil Procedure 26(c)(1).

7          The District Court Executive is hereby directed to enter this Order and

8   provide copies to counsel.

9          **DATED** this 4th day of October, 2012.

10                         *s/ Thomas O. Rice*

11                         THOMAS O. RICE
                           United States District Judge

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 5