UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORNA R. PEARCE,<br><br>                    Plaintiff,<br><br>     v.<br><br>COULEE CITY, et al.,<br><br>                    Defendants. | NO:  11-CV-0030-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |

   BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 115).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Dismissal (ECF No. 115) is **GRANTED**. All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party. All pending motions are **DENIED** as moot. All pending hearings are **STRICKEN**.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 2nd day of November, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2